UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CUTERA, INC. and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 08 C 1116 <br><br> Hon. William J. Hibbler |

### DEFENDANT CUTERA, INC.'S LOCAL RULE 3.2 DISCLOSURE

Pursuant to Local Rule 3.2, Defendant Cutera, Inc. states that (a) Cutera has no parent corporation, and (b) the following entities own more than 5 percent of Cutera:

EAGLE ASSET MANAGEMENT, INC.

BARCLAYS GLOBAL INVESTORS NA (CA)

PUTNAM INVESTMENT MANAGEMENT, INC.

Dated: February 26, 2008

Respectfully submitted,

CUTERA, INC.

By: /s/ Eric S. Mattson
　　One of its attorneys

　　Sidley Austin LLP
　　One South Dearborn St.
　　Chicago, Illinois 60603
　　(312) 853-7000

## CERTIFICATE OF SERVICE

Eric S. Mattson, an attorney, hereby certifies that a copy of the foregoing Defendant Cutera, Inc.'s Local Rule 3.2 Disclosure was served upon the attorneys listed below via the Court's CM/ECF electronic filing system on February 26, 2008.

>Daniel A. Edelman
>Michelle R. Teggelaar
>Heather A. Kolbus
>Edelman, Combs, Latturner & Goodwin, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL  60603

/s/ Eric S. Mattson