IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., | ) ) ) | |
| Plaintiff, | ) ) | 08 C 1116 |
| v. | ) ) | Judge Hibbler |
| CUTERA, INC., and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Brown |
| Defendants. | ) ) | |

**JOINT REPORT OF THE PARTIES**

Plaintiff Bridgeport Pain Control Center, Ltd. represented by counsel from Edelman, Combs, Latturner & Goodwin, LLC and Defendant Cutera, Inc. represented by counsel from Sidley Austin LLP hereby submit this joint report pursuant to Fed. R. Civ. P. 26(f). In accordance with this Court's order dated March 5, 2008, the parties have met and conferred for the purposes of preparing the following proposed schedule.  The Court has set a scheduling conference on March 19, 2008 at 9:30 a.m.  The parties state as follows:

    1.    **Pre-trial Schedule**.  The parties jointly propose to the Court the following discovery plan:

    a.    Discovery will be needed on the following subjects:  Plaintiff will need discovery from defendant, and possibly third parties, regarding to whom and when the allegedly unsolicited advertising faxes were sent.  Plaintiff needs sufficient time in discovery to determine whether any parties need to be added, to add such parties, and to take discovery from them, if necessary.  Plaintiff may need to hire an expert to determine the manner of faxing and the identities or fax numbers of fax recipients and/or to inspect the facsimile equipment.  Defendant will need discovery on all aspects of Plaintiff's Complaint.

    b.    Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by March 26, 2008.  All discovery to be commenced in time to be completed by January 30, 2009.

    c.  Reports from retained experts under Rule 26(a)(2) due:

      from plaintiff by February 23, 2009.

      from defendant by March 25, 2009.

      rebuttal experts by April 22, 2009.

    d.  Parties should be allowed until September 22, 2008 to join additional parties and to amend the pleadings.

    e.  All potentially dispositive motions should be filed by June 10, 2009.

    f.  The parties request a final pretrial conference to be set by this court in accordance with Fed. R. Civ. P. 16 and Local Rule 16.2.

    g.  The case should be ready for trial by October, 2009.  Plaintiff, at this time, expects that a trial will take approximately 2 days.  Defendant believes that a trial could last considerably longer, depending on whether a class is certified, up to approximately 2 weeks.

  2.  **Settlement**.  On March 5, 2008, plaintiff's counsel sent defendant's counsel a letter to identify and investigate any opportunities for early resolution of this case.

  3.  **Consent**.  The parties do not unanimously consent to proceed before a Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
|   /s/ Heather Kolbus   |   /s/ Eric S. Mattson   |
| Daniel A. Edelman | Eric S. Mattson |
| Heather Kolbus | SIDLEY AUSTIN LLP |
| EDELMAN, COMBS, LATTURNER | 1 S. Dearborn Street |
|  & GOODWIN, LLC | Chicago, IL 60603 |
| 120 S. LaSalle Street, 18th Floor | (312) 853-4716 |
| Chicago, Illinois 60603 | (312) 853-7036 (FAX) |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |