IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | 08 C 1116 |
| v. | ) ) | |
| | ) | Judge Hibbler |
| CUTERA, INC., and JOHN DOES 1-10, | ) ) | |
| | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## PROPOSED SCHEDULING ORDER

This case has come before the Court for an Initial Status Hearing on March 19, 2008, the parties having met as required by Fed. R. Civ. P 26(f) and engaged in a telephonic conference, attended by Heather Kolbus for plaintiff Bridgeport Pain Control Center, Ltd. and Eric Mattson for defendant Cutera, Inc. The parties have proposed a scheduling order and have been given notice and opportunity to be heard. Therefore, the Court orders as follows:

(A) The parties will make initial disclosures under Fed. R. Civ. P. 26(a)(1) by March 26, 2008.

(B) Amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by September 22, 2008.

(C) All discovery to be commenced in time to be completed by January 30, 2009.

(D) Reports from retained experts under Rule 26(a)(2) are due from plaintiffs by February 23, 2009 and from defendant by March 25, 2009; any reports from rebuttal experts

are due April 22, 2009.

       (E)    All potentially dispositive motions shall be filed by June 10, 2009.

       (F)    This order shall not be modified except by leave of court on motion for good cause shown.

       ENTER:

       _____
       Judge

Dated: _____