**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., | ) ) ) | |
| Plaintiff, | ) ) | 08 C 1116 |
| v. | ) ) | Judge Hibbler |
| CUTERA, INC., and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Brown |
| Defendants. | ) ) | |

**NOTICE OF FILING**

**TO:**   Please see certificate of service.

    **PLEASE TAKE NOTICE** that on March 17, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **JOINT REPORT OF THE PARTIES**, copies of which are attached hereto and hereby served upon you.

                                                 /s/ Heather Kolbus
                                                 Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on March 17, 2008, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below via the court's CM/ECF system:

Eric S. Mattson
emattson@sidley.com

                                            /s/ Heather Kolbus
                                            Heather Kolbus