UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Bridgeport Pain Control Center, Ltd.
                                            Plaintiff,

v.                                          Case No.: 1:08−cv−01116
                                            Honorable William J. Hibbler

Cutera, Inc., et al.
                                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

MINUTE entry before Judge Honorable William J. Hibbler: Status hearing held on 3/19/2008 and continued to 5/20/2008 at 09:30 AM. The Court adopts the parties joint discovery schedule. Parties to comply with FRCP 26(a)(1) by 3/26/08. Parties given to and including 9/22/08 to amend all pleadings and to add any additional parties. Discovery ordered closed by 1/30/2009. Plaintiff shall comply with FRCP(26)(a)(2) by 2/23/09. Defendant shall comply with FRCP(26)(a)(2) by 3/25/09. Parties shall comply with FRCP 26(a)(2) for rebuttal experts by 4/22/09. Dispositive motions with supporting memoranda due by 6/10/2009. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.